59 A.3d 599

IN THE MATTER OF SUZANNE L. ENGELHARDT, AN ATTORNEY AT LAW (ATTORNEY NO. 029191990).

February 8, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–211, concluding that **SUZANNE L. ENGEL-HARDT** of **PLAINSBORO,** who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 5.5(a)(1) (practicing law while ineligible due to retired status); and *RPC* 8.1(b)(failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **SUZANNE L. ENGELHARDT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.